THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Thomas Arnold Gregory, Appellant.
 
 
 

Appeal From Cherokee County
  J. Ernest Kinard, Jr., Circuit Court
Judge
 James E. Lockemy, Circuit Court Judge

Unpublished Opinion No. 2009-UP-551
 Submitted November 2, 2009  Filed
November 19, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.  
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg,
 for Respondent.
 
 
 

PER
 CURIAM:  Thomas Arnold Gregory was convicted in absentia and sentenced to a total of twenty-five years' imprisonment for possession with
 intent to distribute crack cocaine near a playground, resisting arrest, and
 trafficking in crack cocaine.  Gregory appeals, arguing the trial court erred
 in refusing to exclude unduly prejudicial propensity evidence concerning his
 possession of marijuana at the time of his arrest.  Gregory also filed a pro se
 brief.  After thoroughly
 reviewing the record and briefs pursuant to Anders v. California, 386
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss[1] Gregory's appeal and grant counsel's motion to be relieved. 
APPEAL
 DISMISSED. 
SHORT,
 THOMAS, and KONDUROS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.